IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| Lt. Col. JOHN CALE BROWN, SR. AND DARLENA BROWN, Individually and as Parents and Next Friend of JOHN CALE BROWN, JR., a Minor.<br><br>**Plaintiffs,**<br><br>v.<br><br>**FORT BENNING FAMILY COMMUNITIES, LLC.,** d/b/a **VILLAGES OF BENNING** and **DOE CORPORATION,**<br><br>**Defendants.** | Case No. <u>4-14-cv-279</u> (CDL) |

## NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a) and (b), and 1446, Defendant Fort Benning Family Communities, LLC., d/b/a Villages of Benning ("Villages of Benning") hereby removes this action from the Superior Court of Muscogee County to the United States District Court for the Middle District of Georgia, Columbus Division. The grounds for removal are as follows:

1. Plaintiffs Lt. Col. John Cale Brown and Darlena Brown, individually and as Next Friend of John Cale Brown, Jr., commenced this civil action against Defendants Villages of Benning and Doe Corporation, in the Superior Court of Muscogee County, Georgia, Case No. SU14CV-2948-78.

2. Service was made on Villages of Benning on October 7, 2014, and Villages of Benning had not prior to that date been provided a copy of the Complaint. A true and correct copy of the Summons and the Complaint are attached hereto as Exhibit A. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of the date on which

Villages of Benning received notice of the initial pleading.  On information and belief, no service has been made yet on the so-designated "Doe Corporation."

3. The basis for this Court's jurisdiction is diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

4. Plaintiffs are citizens of the State of Georgia.  Their Complaint alleges personal injury arising out of a condition they allege existed in the military housing provided to them at the U.S. Army Garrison Fort Benning by Villages of Benning.

5. Villages of Benning is a public-private venture between:  a) private entities that are citizens of Virginia and Maryland, insofar as they are limited liability companies whose members are entities whose members are a Maryland corporation and individuals who are citizens of the Commonwealth of Virginia; and b) the United States Army.  Therefore, Villages of Benning is a citizen of Maryland and Virginia.

6. The Doe Corporation, on information and belief, refers to a property management consulting company engaged by Villages of Benning, known as Jillden Realty Management, Inc. (d/b/a "Michael's Property Management"), which is a New Jersey corporation with its principal place of business in New Jersey.  Although the Doe defendant has not yet been served, Villages of Benning is advised that, should such consent be required pursuant to  28 U.S.C. § 1446(b)(2)(A), Jillden would consent to removal if it were served.

7. This case also implicates federal questions including that Plaintiffs have already filed an administrative claim against the federal government under the Federal Tort Claims Act related to their underlying claim in this case, *i.e.*, that their minor son was exposed to lead-based paint in housing provided in connection with Plaintiff Lt. Col. Brown's military service.  In that claim, attached hereto as Exhibit B, Plaintiffs allege that their son sustained injury due to lead-

based paint present in Plaintiffs' assigned military residence at Fort Benning, the same residence as identified in the Complaint.

8.   A copy of this Notice of Removal will be filed promptly in the Superior Court of Muscogee County, and written notice will be given to all parties.

WHEREFORE, Villages of Benning hereby gives notice that this action now pending in the Superior Court of Muscogee County is removed to this Court.


Dated: November 6, 2014                              Respectfully submitted,


                                                                         s/H. Jerome Strickland
                                                                         H. JEROME STRICKLAND
State Bar No. 687700
RENEE S. RAINEY
State Bar No. 479998
JONES, CORK & MILLER, LLP
P.O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821

*Counsel for Defendant Fort Benning Family Communities, LLC., d/b/a Villages of Benning*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| Lt. Col. JOHN CALE BROWN, SR. AND DARLENA BROWN, Individually and as Parents and Next Friend of JOHN CALE BROWN, JR., a Minor. <br><br> **Plaintiffs,** <br><br> v. <br><br> FORT BENNING FAMILY COMMUNITIES, LLC., d/b/a VILLAGES OF BENNING and DOE CORPORATION, <br><br> **Defendants.** | Case No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2014, a copy of the foregoing Defendant's Notice of Removal of Civil Action was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald P. Edwards
Law Office of Donald P. Edwards
170 Mitchell Street, SW
Atlanta, GA 30303-3424
dedwards@altlaw.com
*Counsel for Plaintiffs*

                                              s/H. Jerome Strickland
                                              H. JEROME STRICKLAND
                                              State Bar No. 687700
                                              RENEE S. RAINEY
                                              State Bar No. 479998
                                              JONES, CORK & MILLER, LLP
                                              P.O. Box 6437
                                              Macon, Georgia 31208-6437
                                              (478) 745-2821
                                              *Counsel for Defendant Fort Benning Family Communities, LLC., d/b/a Villages of Benning*