# EXHIBIT A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

WAS / ALL
Transmittal Number: 13033585
Date Processed: 10/08/2014

| | |
|---|---|
| Primary Contact: | Mr. David H. Brody Esq.<br>Clark Realty Capital, L.L.C.<br>4401 Wilson Blvd.<br>Suite 600<br>Arlington, VA 22203 |
| Entity: | Fort Benning Family Communities LLC<br>Entity ID Number 2337467 |
| Entity Served: | Fort Benning Family Communities, LLC., d/b/a Villages of Benning |
| Title of Action: | Lt. Col. John Cale Brown, Sr. vs. Fort Benning Family Communities, LLC., d/b/a Villages of Benning |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Muscogee County Superior Court, Georgia |
| Case/Reference No: | SU14CV2948-78 |
| Jurisdiction Served: | Georgia |
| Date Served on CSC: | 10/07/2014 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Donald P. Edwards<br>404-526-8866 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

IN THE SUPERIOR COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

FILED IN OFFICE
2014 SEP 19 PM 2:49
M. LINDA PIERCE
MUSCOGEE COUNTY
SUPERIOR COURT

Lt. Col. JOHN CALE BROWN, SR. AND DARLENA BROWN,
Individually and as parents and Next Friend
of JOHN CALE BROWN, JR., a Minor.
          Plaintiffs,

Vs.

FORT BENNING FAMILY COMMUNITIES, LLC.,
d/b/a VILLAGES OF BENNING and DOE CORPORATION
          Defendants.

CIVIL ACTION NO.
JURY TRIAL DEMANDED
SU14CV2948-78

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Donald P. Edwards, Esquire**
**The Law Office of Donald P. Edwards**
**170 Mitchell Street, SW**
**Atlanta, Georgia 30303-3424**
**Telephone (404) 526-8866**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. NOTE: If a hearing has already been scheduled in this case, you must appear at the scheduled hearing, regardless of whether the 30 days for filing an answer has elapsed.

This 19th day of September, 2014.

The Hon., M. Linda Pierce
Clerk of Superior Court
By _____
Deputy Clerk

To Defendant upon whom this petition is served:
This copy of complaint and Summons was served upon you _____, 20____.

_____ Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used

6009-082-685

SECOND ORIGINAL

IN THE SUPERIOR COURT OF MUSCOGEE COUNTY

STATE OF GEORGIA

FILED IN OFFICE
2014 SEP 19 PM 2: 49
M. LINDA PIERCE
MUSCOGEE COUNTY
SUPERIOR COURT

Lt. Col. JOHN CALE BROWN, SR. AND DARLENA BROWN, )
Individually and as parents and Next Friend )
of JOHN CALE BROWN, JR., a Minor. )
)
                Plaintiffs, )  CIVIL ACTION NO.
Vs. )  JURY TRIAL DEMANDED
)  SU14CV2948-78
FORT BENNING FAMILY COMMUNITIES, LLC., )
d/b/a VILLAGES OF BENNING and DOE CORPORATION )
)
                Defendants. )

**COMPLAINT FOR DAMAGES**

COMES NOW Lieutenant Colonel JOHN CALE BROWN, SR., and DARLENA BROWN, each individually and as the natural parent and guardian of JOHN CALE BROWN, JR., a minor, and files their action seeking compensatory and punitive damages against the defendant, FORT BENNING FAMILY COMMUNITIES, LLC., d/b/a Villages of Benning, and show as follows:

I

PARTIES

1.

Plaintiffs JOHN CALE BROWN, SR., and DARLENA BROWN, are husband and wife and the natural parents of JOHN CALE BROWN, JR., a minor, and reside in Fort Benning, Muscogee County, Georgia. Plaintiff JOHN CALE BROWN SR. is a Lieutenant Colonel promotable in the United States Army currently stationed at Fort Benning, Georgia.

2.

Defendant FORT BENNING FAMILY COMMUNITIES, LLC. D/B/A VILLAGES OF BENNING (hereinafter referred to as "FBFC"), is a foreign limited liability corporation organized in the state of Delaware, and doing business in Muscogee County, Georgia. A purpose of FBFC is to own and manage military housing in Fort Benning, Georgia under the trade name of Village of Fort Benning. The defendant may be personally served with process at its registered agent for service: **Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.**

3.

Defendant DOE CORPORATION is an organization that provides facility management services on behalf of FBFC and has responsibilities that include the routine upkeep and maintenance for and on behalf of FBFC, including the premises at 600 Wickersham and 602 Wickersham. The defendant FBFC knows the identity of DOE CORPORATION and the plaintiff's will substitute the correct legal name as a party defendant when it becomes known to the plaintiffs.

4.

On April 1, 2011, and at all times during plaintiffs occupancy of the premises, the defendant FBFC was the owner of 600 Wickersham Avenue, Fort Benning, Georgia (hereinafter referred to as "600 Wickersham") and 602 Wickersham Avenue, Fort Benning, Georgia (hereinafter referred to as "602 Wickersham"), and was the sole entity lawfully responsible for

2.

Defendant FORT BENNING FAMILY COMMUNITIES, LLC. D/B/A VILLAGES OF BENNING (hereinafter referred to as "FBFC"), is a foreign limited liability corporation organized in the state of Delaware, and doing business in Muscogee County, Georgia. A purpose of FBFC is to own and manage military housing in Fort Benning, Georgia under the trade name of Village of Fort Benning. The defendant may be personally served with process at its registered agent for service: **Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.**

3.

Defendant DOE CORPORATION is an organization that provides facility management services on behalf of FBFC and has responsibilities that include the routine upkeep and maintenance for and on behalf of FBFC, including the premises at 600 Wickersham and 602 Wickersham. The defendant FBFC knows the identity of DOE CORPORATION and the plaintiff's will substitute the correct legal name as a party defendant when it becomes known to the plaintiffs.

4.

On April 1, 2011, and at all times during plaintiffs occupancy of the premises, the defendant FBFC was the owner of 600 Wickersham Avenue, Fort Benning, Georgia (hereinafter referred to as "600 Wickersham") and 602 Wickersham Avenue, Fort Benning, Georgia (hereinafter referred to as "602 Wickersham"), and was the sole entity lawfully responsible for

the inspection and abatement of any toxic levels of lead found at 600 Wickersham and 602 Wickersham.

5.

On or about April 1, 2011 the plaintiff JOHN CALE BROWN, SR. contracted with FBFC to lease 600 Wickersham as a residence for himself, his wife, Darlena, and son, John Cale Brown, Jr. born on May 19, 2010. Also at said date of the signing of the lease, plaintiff Darlena Brown was pregnant with their second son, Ryder Jackson Brown, who born on October 18, 2011. The plaintiff's continued to reside at 600 Wickersham until February 9, 2013.

6.

At the time of the initial leasing, and at all subsequent times during plaintiff's occupancy of the 600 Wickersham, the defendant(s) knew or should have known that the premises were an environment containing high levels of lead dust and lead paint chips that could pose a toxic environment for humans, particularly for young children.

7.

On or about April 1, 2011, the plaintiffs were provided oral assurances by the defendant that the 600 Wickersham was properly and thoroughly inspected to remove any presence of lead that could prove harmful to the plaintiffs.

8.

On or before December 20, 2012 the plaintiffs informed the defendants FBFC and Doe Corporation that they suspected that their son, John Cale Brown Jr., was suffering from lead poisoning and requested that 600 Wickersham be tested for the presence of lead because their John Jr. had been recently examined by a Child Psychologist and diagnosed with "Pervasive Development Disorder; Mixed Receptive and Expressive Language Disorder; Developmental Delays."

9.

As requested by the Lt. Col. Brown and his wife, the defendant inspected and test the 600 Wickersham premises and were latter informed that the house was revealed presence of lead and that they were required to move out of 600 Wickersham as soon as practicable.

10.

Lt. Col. Brown and Mrs. Brown, upon learning that there were unacceptably high levels of lead in their residence, requested a copy of the report reflecting the quantitative test results of lead presence. Despite repeated requests of a copy of that report, defendants, without any legal or moral justification, denied the plaintiffs any access to the report, and continue to deny the plaintiffs access to the report which required their near immediate removal from 600 Wickersham, and despite the documented harm that those unacceptable lead levels that permanently injured their son, John Jr.

15.

The defendant FBFC breached its duty by leasing to the plaintiffs a property that was not properly inspected to determine if there were toxic and harmful levels of lead that were not properly abated to eliminate toxic and harmful levels of lead.

Count II

ACTION FOR NUISANCE

16.

Plaintiffs incorporate the allegations contained in paragraphs 1 through 15 as if fully plead here.

17.

The defendant FBFC and defendant DOE Corporation continuing failure to inspect and abate the presence of toxic and harmful levels of lead in the premises at 600 Wickersham and 602 Wickersham constitute a nuisance as defined by Georgia law.

Count III

ACTION FOR FRAUD

18.

Plaintiffs incorporate the allegations contained in paragraphs 1 through 17 as if fully plead here.

19.

The defendants FBFC and Doe Corporation have willfully concealed from the plaintiffs evidence of toxic and harmful levels of lead at 600 Wickersham and 602 Wickersham and that

the plaintiffs in reliance upon the assurances of the defendant that 600 Wickersham and 602 Wickersham were free from toxic and harmful levels of lead entered into the lease with the defendant and resided in those properties to the economic harm and bodily injury of the plaintiffs.

## DAMAGES

20.

Plaintiffs incorporate the allegations contained in paragraphs 1 through 19 as if fully plead here.

21.

As a direct and proximate result of defendants' wrongdoing as alleged, John C. Brown, Jr. has and will continue to suffer from permanent brain damage from the effects of lead poisoning. Plaintiff John C. Brown, Jr., now required and will continue to require specialized medical treatment, education and other expenses that have been incurred and will be incurred by the plaintiffs for the remainder of the life of John C. Brown Jr.

21.

As a direct and proximate result of defendants' wrongdoing as alleged, John C. Brown, Jr., will have a diminished capacity to earn a living due to permanent brain damage caused by lead ingestion.

22.

As a direct and proximate result of defendants' wrongdoing as alleged, plaintiffs John and Darlena Brown have and will incur the loss of the services of their son, John C. Brown, Jr. due to the physical, mental and emotional harm done to their first son.

23.

The actions and omissions of the defendant as alleged herein showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

WHEREFORE, plaintiffs pray that defendant be properly served with process and that upon the assembling of a jury, find in favor of the plaintiffs and adjudge the defendant liable for compensatory and punitive damages in the combined amount not less than $10,000,000.00 (Ten Million Dollars and 00 Cents), provide equitable relief as may be requested by the plaintiffs, and other legal relief as may be authorized and justified by the facts and law.

This 17 day of September, 2014.

THE LAW OFFICE OF
DONALD P. EDWARDS

Donald P. Edwards
Georgia Bar No. 240575
Attorney for Plaintiffs

170 Mitchell Street, SW
Atlanta, Georgia 30303-3424
(404) 526-8866
(404) 526-8858 fax
Email: dedwards@altlaw.com

5348L

Civil Action No. SU4CV2948-78

Date Filed _____

Magistrate Court ☐
Superior Court ☐
State Court Muscogee ☒
Georgia, ~~GWINNETT~~ COUNTY

Lt. Col John Cale Brown, Sr. et al.
_____ Plaintiff

VS.

Fort Benning Family Communities
d/b/a Villages of Benning &
DOE Corporation
_____ Defendant

_____ Garnishee

Attorney's Address

Donald P. Edwards, Esq.
170 Mitchell Street, SW
Atlanta, GA 30303-3424

Name and Address of Party to be Served

Fort Benning Family Communities, LLC
d/b/a Villages at Fort Benning
Registered Agent: Corporation Service Co.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant Fort Benning Family Communities a corporation by leaving a copy of the within action and summons with Alisha Smith in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 7 day of Oct., 2014
10' 10

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

~~GWINNETT~~ COUNTY, GEORGIA

WHITE: Clerk   CANARY: Plaintiff Attorney   PINK: Defendant

SC-2 Rev 85