# EXHIBIT B

THE LAW OFFICE OF
# DONALD P. EDWARDS
ATTORNEY AND COUNSELOR AT LAW

170 MITCHELL STREET, S.W. · ATLANTA, GEORGIA 30303-3424
TELEPHONE (404) 526-8866 · TELECOPIER (404) 526-8855

e-mail: dedwards@altlaw.com
www.donaldpedwards.com

ALSO ADMITTED:
TENNESSEE BAR

August 14, 2014

Office of Staff Judge Advocate
6450 Way Avenue Building 2839
Claims Division
Fort Benning, GA 31905
Attn. Marcia Parker

RE: John C. Brown, Sr., and Darlena Brown,
Indiv., and on behalf of John C. Brown Jr. a minor

Dear Ms. Parker:

I represent Col. and Mrs. John Cale Brown, Sr., who are filing a claim for injuries and damages to them and to their minor son, John C. Brown, Jr., as a result of the negligence of the U.S. Army, The Village at Fort Benning and other governmental and non-governmental entities in their failure to properly abate the presence of lead at their U.S. Army supplied residence at 600 Wickersham Avenue, Fort Benning, GA.

In pursuit of my client's claims, I have attached a Form 95 with attachments containing medical records of John C. Brown Jr. and reports of toxic levels of lead found throughout the premises.

If there is any additional information required, your immediate contact with my office will be appreciated.

Thank you.

Sincerely yours,

THE LAW OFFICE OF
DONALD P. Edwards

Donald P. Edwards

DPE/rlp
encls.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Office of Staff Judge Advocate<br>6450 Way Avenue, Bldg 2839<br>Claims Department<br>Ft. Benning, GA 31905 | John C Brown Sr. and Darlena Brown, individually, and on behalf of their son, John C Brown, Jr.<br>602 Wickersham Avenue<br>Ft. Benning, GA 31905 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>May 19 2010 | 5. MARITAL STATUS<br>See Supplement | 6. DATE AND DAY OF ACCIDENT<br>12/20/2012 | 7. TIME (A.M. or P.M.)<br>See Supp. Ex. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

John C. Brown, Jr., a minor son of claimants, Col. John C Brown Sr. and Mrs. Darlena Brown, sustained irreversible brain damage due to toxic levels of lead found in his blood. The source of the lead was determined to be mostly likely from high levels of lead-based paint chips and dust found at their assigned residence at 600 Wickersham Avenue, Ft. Benning, Georgia.

See supplemental information and documentation attached.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

John C. Brown, Jr. sustained irreversible brain damage leading to developmental delays and stunted growth. John Jr. will require specialized medical treatment and monitoring and will sustained a diminished capacity for earnings as he ages into adulthood and compensatory damages for pain and suffering. As to Col. and Mrs. Brown, they have and will incur medical and other specialized treatment and educational expenses to aid John Jr. for an indeterminate period as a minor and the remainder of his life.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| See supplemental documentation attached. | |

12. (See instructions on reverse) AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $ 20,000,000.00 | | $ 20,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory<br>404-526-8866 | 14. DATE OF CLAIM<br>July 24, 2014 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.      NSN 7540-00-634-4046      STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2