IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| COLONEL JOHN CALE BROWN, SR., and DARLENA BROWN, individually and as parents and next friend of "JC", a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>FORT BENNING FAMILY COMMUNITIES, LLC, d/b/a VILLAGES OF BENNING and MICHAELS MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | Civil Action File No.:<br>4:14-cv-00279-CDL |

## ANSWER OF GUARDIAN AD LITEM

1. On February 9, 2018, the undersigned was appointed by this court to serve as Guardian ad Litem (GAL) on behalf of "JC", a minor. The undersigned hereby accepts that appointment and for his answer states:

2. I am licensed to practice law by the State of Georgia and have practiced law in Columbus, Georgia since 1990. I have regularly been appointed to serve as GAL on behalf of minors by the Superior and Probate Courts of Muscogee County.

3. I have reviewed the terms of the settlement agreement signed by the parties to this litigation which includes a non-disclosure agreement. In addition to the terms of that agreement, as part of the proposed settlement, the plaintiffs have agreed that the settlement funds, other than the amount for attorney fees and expenses, shall be placed in an Irrevocable Special Needs Trust established on behalf of "JC".

4. I have reviewed the terms of the Irrevocable Special Needs Trust established by the plaintiffs in this action on or about December 22, 2017 with the assistance of Virginia counsel. The stated purpose of this irrevocable trust is to provide lifetime support to "JC", who is named as the sole beneficiary.

5. The plaintiffs are the biological parents of "JC" and currently reside in Springfield, VA with "JC" and his younger sibling. Plaintiff Colonel John Cale Brown, Sr. presently serves as Director of Strategic Communications – National Security Council under General H.R. McMaster. Colonel Brown was previously stationed at Ft. Benning, Georgia for approximately four years. Plaintiff Darlena Brown is not presently employed outside the home but previously served in the military reserves.

6. "JC" is seven years old and presently attends second grade in public school in Fairfax County, Virginia. He receives special needs instruction as part of his curriculum.

7. In addition to reviewing the above referenced documents, I have spoken at length by phone to Colonel and Mrs. Brown regarding various issues pertaining to "JC" and the proposed settlement in this matter. I have also discussed the uncertainty associated with a trial of this action with both plaintiffs' and defense counsel.

8. Based upon my review of the terms of the proposed settlement and my consideration of the above referenced facts, to include the uncertainty associated with a trial of this action, it is my opinion that the proposed settlement is in the best interest of "JC", <u>conditioned upon</u> an order of this court requiring that the settlement funds, other the amount for attorney fees and expenses, be placed in the Irrevocable Special Needs Trust on behalf of "JC", the terms of which Trust shall not be altered except by order of this court or another court possessing the legal authority to do so.

This 15th day of February, 2018.      *s/Virgil Ted Theus*
**VIRGIL T. THEUS, AS GUARDIAN AD LITEM**
Ga. Bar No.: 704110
P. O. Box 5726
Columbus, Georgia 31906
(706) 257-1919
ted@tedtheuslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2018, I electronically filed ANSWER OF GUARDIAN AD LITEM with the Clerk of Court using the ECF system, and by depositing a copy of the same in the United States mail with sufficient postage affixed thereto to the following:

Donald P. Edward, Esq.
The Law Office of Donald P. Edwards
170 Mitchell Street, SW
Atlanta, GA 30303

Neal J. Callahan, Esq.
Waldrep, Mullin & Callahan
P.O. Box 351
Columbus, Georgia 31902

This 15th day of February, 2018.

*s/Virgil Ted Theus*
Virgil Ted Theus
AS GUARDIAN AD LITEM
State Bar No. 704110
P.O. Box 5726
Columbus, Georgia 31906